JOHN F. FEDUS ET AL. *v.* ZONING AND PLANNING COMMISSION OF THE TOWN OF COLCHESTER

The plaintiffs' cross petition for certification for appeal from the Appellate Court, 112 Conn. App. 844 (AC 29350), is denied.

*Eric H. Rothauser*, in support of the cross petition.

*Lewis K. Wise* and *Matthew Ranelli*, in opposition.

Decided June 3, 2009

STATE OF CONNECTICUT *v.* NA'IM B.

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 790 (AC 26569), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*James B. Streeto*, assistant public defender, in support of the petition.

*Timothy F. Costello*, deputy assistant state's attorney, in opposition.

Decided June 3, 2009

STATE OF CONNECTICUT *v.* JARRELL RICHARDS

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 823 (AC 28567), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the police had a reasonable and articulable suspicion to stop the defendant's car?"

The Supreme Court docket number is SC 18370.